# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**UNITED STATES OF AMERICA,**

        V.                           CASE NUMBER: **05-C-974**
                                                          **(04-Cr-78)**

**RODRIGO PUENTES**,

                Movant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that Rodrigo Puentes' petition pursuant to Title 28, United States Code, Section 2255, is DENIED. This action is hereby DISMISSED.**

    **June 15, 2007**                                    **JON W. SANFILIPPO**
Date                                                       Clerk

                                                          s/ Linda M. Zik
                                                         (By) Deputy Clerk